# Order

Michigan Supreme Court
Lansing, Michigan

February 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159031(3)(4)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GRIEVANCE ADMINISTRATOR,
    Petitioner-Appellee,

v

DONNELLY W. HADDEN,
    Respondent-Appellant.

SC: 159031
ADB: 15-000105-GA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to stay is considered, and it is DENIED.

The application for leave to appeal remains pending.

CAVANAGH, J., did not participate due to her prior service as a member of the Attorney Grievance Commission.



s0212

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2019



Clerk